UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JASON H.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 25-cv-13451<br><br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND BRIEFING (ECF NO. 14)**

Plaintiff Jason H. appeals the final decision of defendant Commissioner of Social Security (Commissioner) denying his application for disability insurance benefits and supplemental security income under the Social Security Act. The Honorable Matthew F. Leitman referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 7.

In another social security disability case, the Court sanctioned plaintiff's counsel, Erin Rich, for including factitious citations in her briefing. Order Fining Plaintiff's Counsel, *Chirece C. v. Comm'r of Soc. Sec.*, No. 25-11554, ECF No. 20 (E.D. Mich. Sept. 24, 2026). That order also identified

several inaccuracies in the briefing in this case. *Id.* The Court ordered Ms. Rich to pay a monetary fine and gave her until October 16, 2026, to correct other briefs containing fake citations, factual misrepresentations, or misleading holdings. *Id.*

Plaintiff now moves to amend his motion for summary judgment and reply to remove a factitious citation. ECF No. 14. Plaintiff explains that "[t]he proposed corrections are limited to removal of the citation and do not add any new argument, claim of error, or substantive theory. The remainder of Plaintiff's briefing is unchanged." *Id.*, PageID.1079. The Commissioner concurs in the relief sought. *Id.*

The Court **GRANTS** plaintiff's motion to amend his briefing. An amended motion for summary judgment and reply must be filed by **October 9, 2026**. Because the amendments do not alter the substantive arguments presented, the Commissioner need not file an amended motion for summary judgment.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 30, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 30, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager