UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON H.,

Plaintiff,

Case No. 25-cv-13451
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

______________________________________________________________/

**ORDER (1) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 9) AND (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 12)**

In this action, Plaintiff Jason H. challenges the denial of his applications for Disability Insurance Benefits and Supplementary Security Income under the Social Security Act. (*See* Compl., ECF No. 1.) Jason H. and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Mots., ECF Nos. 9, 12.)

On October 23, 2026, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court deny Jason H.'s motion and grant the Commissioner's motion (the "R&R"). (*See* R&R, ECF No. 16.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted

to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.1109-1110.)

Jason H. has not filed any objections to the R&R. Nor has he contacted the Court to ask for additional time to file objections. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, 957 (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Jason H. has failed to file any objections to the R&R, the Magistrate Judge's recommendation disposition of the pending motions is **ADOPTED**.

**IT IS THEREFORE ORDERED** that (1) Jason H.'s motion for summary judgment (ECF No. 9) is **DENIED** and (2) the Commissioner's Motion for Summary Judgment (ECF No. 12) is **GRANTED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126